UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN MANUEL FLORES | |
| | C.A. No.: 1:16-cv-297 |
| VS. | |
| | JURY DEMANDED |
| LG CHEM, LTD. AND LG CHEM AMERICA, INC. | |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff Juan Manuel Flores hereby certifies that the following persons or entities have a financial interest in the outcome of the litigation:

**Plaintiff and his Counsel:**

Juan Manuel Flores
c/o Michael J. Blanchard and Michael R. Cowen
Cowen | Mask | Blanchard
6243 IH-10 West, Suite 801
San Antonio, Texas 78201

**Defendant:**

LG Chem, Ltd.
c/o Sean Higgins
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza
Suite 1400
Houston, TX 77046

Respectfully submitted,


/s/ Michael J. Blanchard
Fed. ID 34400
Texas Bar No. 24036231
COWEN | MASK | BLANCHARD
62 E. Price Road
Brownsville, TX 78521
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

# CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing has been delivered, in the required manner, to all counsel of record via ECF on April 3, 2017:

Sean Higgins
Lewis Brisbois Bisgaard & Smith, LLP
24 Greenway Plaza
Suite 1400
Houston, TX 77046

            /s Michael J. Blanchard