UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN MANUEL FLORES | C.A. No.: 1:16-cv-297 |
| VS. | JURY DEMANDED |
| LG CHEM, LTD. AND LG CHEM AMERICA, INC. | |

**JOINT REPORT AND JOINT DISCOVERY/CASE
MANAGEMENT PLAN UNDER RULE 26(F) FEDERAL RULES OF CIVIL PROCEDURE**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

1. State where and when the meeting of the parties required by Rule 26(f) was held, and identify the counsel who attended for each party.

   **The meeting was held telephonically on April 3, 2017. Michael J. Blancahrd appeared for Plaintiff. Sean Higgins appeared for Defendant.**

2. List whether each party represents that it has made the initial disclosures required by FRCP 26(a). If not, describe the arrangements that have been made to complete such disclosures.

   **Plaintiff has not made his initial disclosures yet but has agreed with Defendant's counsel to make those disclosures by April 15, 2017.**

   **Defendant has not made its initial disclosures but has agreed with Plaintiff's counsel to make those disclosures by April 15, 2017.**

3. List by case number and court any cases related to this one that are pending in any state or federal court and how they are related.

   **None.**

4. Briefly describe what this case is about.

   **This is a products liability case. Plaintiff was burned when a battery exploded in his pocket. Plaintiff alleges that Defendant designed and manufactured the subject battery, and that the battery was defective. Defendant denies these allegations.**

5. Specify the allegation of federal jurisdiction.

   **28 U.S.C. §1332(a). Original diversity jurisdiction.**

6. Name the parties who disagree with the jurisdiction allegations and state their reasons.

   **The parties agree that diversity jurisdiction exists.**

7. List anticipated additional parties that should be included, when they can be added, and which party desires their inclusion.

   **Plaintiff does not know of any additional parties who should be included at this time.**

   **Defendant does not know of any additional parties who should be included at this time.**

8. List anticipated interventions.

   **None.**

9. Describe class-action issues.

   **None.**

10. Describe the proposed discovery plan, including:

    A. What changes should be made in the timing, form or requirement for disclosures under Rule 26(a);

       **The parties have agreed to make their initial disclosures by April 15, 2017.**

    B. When and to whom the plaintiff anticipates it may send interrogatories.

       **Plaintiff anticipates sending interrogatories to Defendant by April 15, 2017.**

    C. When and to whom the Defendant anticipate it may send interrogatories.

       **Defendant anticipates sending interrogatories to Plaintiff by April 15, 2017.**

    D. Of whom and by when the Plaintiff anticipates taking oral depositions.

       **Plaintiff anticipates taking depositions of Defendant's corporate representatives on various topics, Plaintiff's treating medical providers (possibly), and Defendant's experts.**

    E. Of whom and by when the Defendant anticipates taking oral depositions.

       **Defendant anticipates taking depositions of Plaintiff, witnesses to the incident Plaintiff's treating medical providers, and Plaintiff's**

**experts.**

F. When the Plaintiff (or the party with the burden of proof on an issue) will be able to designate experts and provide the reports required by Rule 26(a)(2)(B) and when the opposing party will be able to designate responsive experts and provide their reports.

**Plaintiff anticipates being able to designate any experts and provide reports on September 1, 2017.**

**Defendants anticipate being able to designate any experts and provide reports on October 1, 2017.**

G. List expert depositions the plaintiff (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Plaintiff anticipates taking the depositions of Defendants' designated retained experts, within thirty (30) days of Defendants' expert designation.**

H. List expert depositions the opposing party anticipates taking and their anticipated completion date (or the party with the burden of proof on an issue) anticipates taking and their anticipated completion date. See Rule 26(a)(2)(B) (expert report).

**Defendants anticipate taking the depositions of Plaintiff's designated retained experts, within thirty (30) days of Plaintiff's expert designation.**

11. If the parties are not agreed on a part of the discovery plan, describe the separate views and proposals of each party.

**Not applicable.**

12. Specify the discovery beyond initial disclosures that has been undertaken to date.

**None.**

13. State the date the planned discovery can reasonably be completed.

**The parties anticipate that discovery can reasonably be completed by November 1, 2018.**

14. Describe the possibilities for a prompt settlement or resolution of the case that were discussed in your Rule 26(f) meeting. Civil cases may be referred to the United States Magistrate Judge for mediation/arbitration and/or settlement conference.

**The parties have agreed to mediate the case once they have had the**

**opportunity to conduct factual discovery.**

15. Describe what each party has done or agreed to do to bring about a prompt resolution.

    **The parties have agreed to mediate the case once they have had the opportunity to conduct factual discovery.**

16. From the attorneys' discussion with the client, state the alternative dispute resolution techniques that are reasonably suitable, and state when such a technique may be effectively used in this case.

    **Mediation, once the parties have had the opportunity to conduct factual discovery.**

17. Magistrate judges may now hear jury and non-jury trials. Indicate the parties' joint position on a trial before a magistrate judge. Motions in civil cases may be referred to the United States Magistrate Judge for consideration on a case-by-case basis.

    **The parties are not in agreement as to a trial before a magistrate judge.**

18. State whether a jury demand has been made and if it was made on time.

    **Plaintiff timely made a jury demand by notation on his Original Complaint.**

19. Specify the number of hours it will take to present the evidence in this case.

    **The parties estimate that it will take 40 hours to present the evidence.**

20. List pending motions that could be ruled on at the initial pretrial and scheduling conference.

    **None.**

21. List other motions pending.

    **None.**

22. Indicate other matters peculiar to this case, including discovery, that deserve the special attention of the court at the conference.

    **None.**

23. Certify that all parties have filed Disclosure of Interested Parties as directed in the Order for Conference and Disclosure of Interested Parties, listing the date of filing for the original and any amendments.

    **Plaintiff certifies that he filed his Disclosure of Interested Parties on April 3, 2017. Defendant advises that it will file its Disclosure of Interested Parties by April 7, 2017.**

List the names, federal and state bar numbers, addresses telephone and fax numbers of all counsel and whom they represent.

**Plaintiff is represented by Michael Blanchard, State Bar No. 24036231, Southern District of Texas Federal ID No. 34400, Email: mike@cmbtrial.com; Michael R. Cowen, State Bar No. 00795306, Email: michael@cmbtrial.com; COWEN MASK BLANCHARD, 6243 IH-10 West, Suite 801, San Antonio, Texas 78201, Tel. No.: (210) 941-1301, Fax No.: (956) 504-3674.**

**Defendant is represented by Sean M. Higgins, State Bar of Texas No. 24001220, Southern District of Texas Federal ID No. 23909, E-Mail: sean.higgins@lewisbrisbois.com; LEWIS BRISBOIS BISGAARD & SMITH LLP, Weslayan Tower, 24 Greenway Plaza, Suite 1400, Houston, TX 77046, Tel. No.: (713) 659-6767, Fax No.: (713) 759-6830.**

AGREED AS TO FORM AND CONTENT:

/s Michael J. Blanchard
State Bar of Texas No. 24036231
S.D. Tex. No. 34400
E-Mail: mike@cmbtrial.com
**COWEN MASK BLANCHARD**
6243 IH-10 West, Suite 801
San Antonio, TX 78201
Tel. No.: 210/941-1301
Fax No.: 956/504-3674

**ATTORNEYS FOR PLAINTIFF**

/s Sean M. Higgins
State Bar of Texas No. 24001220
S.D. Tex. No. 23909
E-Mail: sean.higgins@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Weslayan Tower
24 Greenway Plaza, Suite 1400
Houston, TX 77046
Tel. No.: 713/659-6767
Fax No.: 713/759-6830

**ATTORNEYS FOR DEFENDANT**

Respectfully submitted,

/s/ Michael J. Blanchard
Fed. ID 34400
Texas Bar No. 24036231
COWEN | MASK | BLANCHARD
62 E. Price Road
Brownsville, TX 78521
Telephone: (956) 541-4981
Facsimile: (956) 504-3674

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been delivered, in the required manner, to all counsel of record via ECF on April 3, 2017:

Sean Higgins
Lewis Brisbois Bisgaard &Smith, LLP
24 Greenway Plaza
Suite 1400
Houston, TX 77046
Attorney for: Juan Manuel Flores

/s Michael J. Blanchard