UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JUAN MANUEL FLORES<br>    *Plaintiff*<br><br>v.<br><br>LG CHEM, LTD., AND LG CHEM<br>AMERICA, INC.<br>    *Defendant* | Civil Action No. 1:16-cv-00297<br><br>JURY DEMANDED |

## LG CHEM, LTD.'S DISCLOSURE OF FINANCIALLY INTERESTED ENTITIES

Defendant, LG Chem, Ltd., through its attorney, certifies that the following parties are financially interested in the outcome of this case:

LG Chem, Ltd.

LG Corporation, a publicly traded corporation, parent company of LG Chem, Ltd.

Respectfully Submitted,

LEWIS BRISBOIS BISGAARD & SMITH, LLP

By:   */s/ Sean Higgins*
    SEAN HIGGINS
    SBOT: 24001220
    24 Greenway Plaza, Suite 1400
    Houston, Texas 77046
    (713) 659-6767
    (713) 759-6830 (fax)
    sean.higgins@lewisbrisbois.com
    ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been forwarded to all parties and/or counsel through ECF pursuant to the Federal Rules of Civil Procedure on this 4th day of April 2017.

MICHAEL J. BLANCHARD
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Telephone (210) 941-1301
Fax (956) 504-3674

                                                    */s/ Sean Higgins*_____
                                                    Sean Higgins