**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| **JUAN MANUEL FLORES** | |
| **VS.** | **C.A. No.: 1:16-cv-297** |
| **LG CHEM, LTD. AND LG CHEM AMERICA, INC.** | |

## NOTICE OF APPEARANCE OF COUNSEL

Malorie J Peacock files this Notice of Appearance of Counsel for Plaintiff Juan Manuel Fleres.

Respectfully submitted,

/s/ Malorie Peacock
S.D. Tex. ID No. 2118739
Texas Bar No. 24077293
COWEN | MASK | BLANCHARD
62 E. Price Road
Brownsville, TX 78521
Telephone: (956) 541-4981
Facsimile: (956) 504-3674
Email: efilings@cmbtrial.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been delivered, in the required manner, to all counsel of record in accordance with the Federal Rules of Civil Procedure on April 14, 2017:

Sean Higgins
Lewis Brisbois Bisgaard &Smith, LLP        /s/ Malorie Peacock
24 Greenway Plaza
Suite 1400
Houston, TX  77046