| | |
|---|---|
| **JUAN MANUEL FLORES** | |
| | **C.A. No.:  1:16-cv-297** |
| **VS.** | |
| | **JURY DEMANDED** |
| **LG CHEM, LTD.** | |

## JOINT STATUS REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff Juan Manuel Flores and Defendant LG Chem, Ltd. and hereby reports to the Court that this case has resolved. The parties are in the process of preparing the final paperwork and will submit the closing documents to the Court upon completion.

Respectfully submitted,

*/s/ Natalie M. Arledge*

Natalie M. Arledge
Texas Bar No. 24073464
E-Mail: Natalie@cowenlaw.com
COWEN | RODRIGUEZ| PEACOCK
6243 IH-10 West, Suite 801
San Antonio, Texas 78201
Telephone:  (210) 941-1301
Facsimile:  (956) 504-3674
E-Mail for Service:  efilings@cowenlaw.com

*/s/ Sean M. Higgins (w/ permission)*

Sean M. Higgins
Texas Bar No. 240201220
E-Mail: Sean.Higgins@lewisbrisbois.com
LEWIS, BRISBOIS, BISGAARD & SMITH, LLP
24 Greenway Plaza, Suite 1400
Houston, Texas 77046
Telephone:  (713) 659-6767
Facsimile:  (713) 759-6830